# UNITED STATES DISTRICT COURT

## District of Minnesota

Ismael Guevara Hernandez,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Joel Brott,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-52 NEB/DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Ismael G.H.'s Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED. The Court:

   a. DECLARES that Ismael G.H. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary authority of 8 U.S.C. § 1226;

   b. ORDERS that Respondents must release petitioner from custody in Minnesota immediately;

   c. ORDERS that, within five days, the Respondent shall file notice on the docket confirming that release within Minnesota has occurred; and

d. ENJOINS Respondents from removing, transferring, or facilitating the removal of Petitioner from the District of Minnesota prior to Compliance with this Order.

Date: 1/17/2026

KATE M. FOGARTY, CLERK